UNITED STATES BANKRUPTCY COURT
DISTRICT OF UTAH
CENTRAL DIVISION

| | | |
|---|---|---|
| In re: | § | Case No. 18-25493 |
| | § | |
| FINANCIALLY FIT HOLDING CORP | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT
CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

Philip G. Jones, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1)   All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2)   A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: | $0.00 | Assets Exempt: | NA |
| *(without deducting any secured claims)* | | | |
| Total Distributions to Claimants: | $408,892.45 | Claims Discharged Without Payment: | NA |
| Total Expenses of Administration: | $94,988.12 | | |

3)   Total gross receipts of $1,037,910.19  (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $534,029.62 (see **Exhibit 2),** yielded net receipts of $503,880.57 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| Priority Claims: |  |  |  |  |
| Chapter 7 Admin. Fees and Charges (from **Exhibit 4**) | NA | $84,542.82 | $84,542.82 | $84,542.82 |
| Prior Chapter Admin. Fees and Charges (from **Exhibit 5**) | NA | $10,445.30 | $10,445.30 | $10,445.30 |
| Priority Unsecured Claims (From **Exhibit 6**) | $0.00 | $0.00 | $0.00 | $0.00 |
| General Unsecured Claims (from **Exhibit 7**) | $0.00 | $579,192.20 | $396,935.13 | $408,892.45 |
| **Total Disbursements** | $0.00 | $674,180.32 | $491,923.25 | $503,880.57 |

4). This case was originally filed under chapter 11 on 07/27/2018. The case was converted to one under Chapter 7 on 12/11/2018. The case was pending for 21 months.

5). All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6). An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 09/21/2020       By: /s/ Philip G. Jones
                            Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBITS TO**
**FINAL ACCOUNT**

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT RECEIVED |
|---|---|---|
| Deposit Refund | 1229-000 | $1,674.76 |
| Bank Funds | 1290-000 | $1,036,235.43 |
| **TOTAL GROSS RECEIPTS** | | $1,037,910.19 |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT PAID |
|---|---|---|---|
| Bruce Johnson | Surplus Funds | 8200-052 | $19,685.04 |
| Craig Peter Ladow | Surplus Funds | 8200-052 | $38,980.27 |
| David Jeffrey Maier | Surplus Funds | 8200-052 | $38,980.26 |
| Edward D Wagner | Surplus Funds | 8200-052 | $38,980.26 |
| HOA Duong | Surplus Funds | 8200-052 | $38,980.26 |
| Jason Pimentel | Surplus Funds | 8200-052 | $5,847.04 |
| Jeanne Hansen Bayless | Surplus Funds | 8200-052 | $38,980.26 |
| Jeffrey T. Jones | Surplus Funds | 8200-052 | $9,745.07 |
| John Blakely | Surplus Funds | 8200-052 | $19,490.14 |
| John Chan and Raymond Chan | Surplus Funds | 8200-052 | $38,980.26 |
| Karen Diane Biggerstaff | Surplus Funds | 8200-052 | $19,490.13 |
| Matin, Gulalai | Surplus Funds | 8200-052 | $1,949.01 |
| Nuttall, Kent | Surplus Funds | 8200-052 | $38,980.26 |
| Piega L Delaney | Surplus Funds | 8200-052 | $19,295.24 |
| Stang, Michelle | Surplus Funds | 8200-052 | $9,745.07 |
| Turner, Beau | Surplus Funds | 8200-052 | $19,490.13 |
| Vuong, Van | Surplus Funds | 8200-052 | $97,450.66 |
| Young, Julie | Surplus Funds | 8200-052 | $38,980.26 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | $534,029.62 |

### EXHIBIT 3 – SECURED CLAIMS
NONE

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|

UST Form 101-7-TDR (10/1/2010)

| Philip G. Jones, Trustee | 2100-000 | NA | $54,387.31 | $54,387.31 | $54,387.31 |
| --- | --- | --- | --- | --- | --- |
| Philip G. Jones, Trustee | 2200-000 | NA | $151.95 | $151.95 | $151.95 |
| INTERNATIONAL SURETIES | 2300-000 | NA | $458.06 | $458.06 | $458.06 |
| UTAH STATE TAX COMMISSION | 2820-000 | NA | $300.00 | $300.00 | $300.00 |
| United States Trustee | 2950-000 | NA | $26,703.00 | $26,703.00 | $26,703.00 |
| BARBARA M. SMITH, Accountant for Trustee | 3410-000 | NA | $2,542.50 | $2,542.50 | $2,542.50 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | $84,542.82 | $84,542.82 | $84,542.82 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
| --- | --- | --- | --- | --- | --- |
| Joshua Irvine, Attorney for Trustee/D-I-P | 6210-000 | NA | $10,340.50 | $10,340.50 | $10,340.50 |
| Joshua Irvine, Attorney for D-I-P | 6220-170 | NA | $104.80 | $104.80 | $104.80 |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | NA | $10,445.30 | $10,445.30 | $10,445.30 |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS
NONE

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
| --- | --- | --- | --- | --- | --- | --- |
| 1 | Internal Revenue Service | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| 2 | Red2Black Accounting & Tax, LLC | 7100-000 | $0.00 | $790.00 | $790.00 | $790.00 |
| 2INT | Red2Black Accounting & Tax, LLC | 7990-000 | $0.00 | $0.00 | $0.00 | $31.14 |
| 5 | John Neubauer | 7100-000 | $0.00 | $3,717.00 | $3,717.00 | $3,717.00 |
| 5INT | John Neubauer | 7990-000 | $0.00 | $0.00 | $0.00 | $146.50 |
| 6A | John Blakely | 7100-000 | $0.00 | $90,000.00 | $90,000.00 | $90,000.00 |
| 6AINT | John Blakely | 7990-000 | $0.00 | $3,547.13 | $3,547.13 | $3,547.13 |
| 9 | Michael F. Thomson | 7100-000 | $0.00 | $429,591.57 | $250,000.00 | $250,000.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| 9INT | The Falls Event Center, LLC | 7990-000 | $0.00 | $0.00 | $0.00 | $9,853.15 |
| 11 | Steven Down | 7100-000 | $0.00 | $30,000.00 | $30,000.00 | $30,000.00 |
| 11INT | Steven Down | 7990-000 | $0.00 | $0.00 | $0.00 | $1,182.38 |
| 14 | Red2Black Accounting & Tax, LLC | 7100-000 | $0.00 | $790.00 | $0.00 | $0.00 |
| 17 | Prescott Muir Architects | 7100-000 | $0.00 | $18,881.00 | $18,881.00 | $18,881.00 |
| 17INT | Prescott Muir Architects | 7990-000 | $0.00 | $0.00 | $0.00 | $744.15 |
| 19 | PacifiCorp | 7100-000 | $0.00 | $1,875.50 | $0.00 | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $0.00 | $579,192.20 | $396,935.13 | $408,892.45 |

UST Form 101-7-TDR (10/1/2010)

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| Case No.: | 18-25493-RKM | Trustee Name: | Philip G. Jones |
|---|---|---|---|
| Case Name: | FINANCIALLY FIT HOLDING CORP | Date Filed (f) or Converted (c): | 12/11/2018 (c) |
| For the Period Ending: | 9/21/2020 | §341(a) Meeting Date: | 01/08/2019 |
| | | Claims Bar Date: | 03/26/2019 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled and Unscheduled (u) Property) | **Petition/ Unscheduled Value** | **Estimated Net Value** (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA =§ 554(a) abandon. | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| **Ref. #** | | | | | |
| 1  Bank Funds  (u) | $0.00 | $1,036,235.43 | | $1,036,235.43 | FA |
| 2  Deposit Refund  (u) | $0.00 | $1,674.76 | | $1,674.76 | FA |

**TOTALS (Excluding unknown value)**           $0.00    $1,037,910.19        $1,037,910.19    **Gross Value of Remaining Assets**  $0.00

**Major Activities affecting case closing:**
Checks Out
New Notice Filed
New Notice Filed
TFR Filed
TFR Submitted
Order on Claim Signed
Prepare Settlement on TFEC Claim
Review and Execute Tax Returns
Check to OUST
PacifiCorp Claim Disallowed
Request Claims

| Initial Projected Date Of Final Report (TFR): | 08/15/2019 | Current Projected Date Of Final Report (TFR): | 03/15/2020 | /s/ PHILIP G. JONES |
|---|---|---|---|---|
| | | | | PHILIP G. JONES |

**FORM 2**

Page No: 1    Exhibit 9

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 18-25493-RKM | Trustee Name: | Philip G. Jones |
|---|---|---|---|
| Case Name: | FINANCIALLY FIT HOLDING CORP | Bank Name: | Independent Bank |
| Primary Taxpayer ID #: | **-***8057 | Checking Acct #: | ******5493 |
| Co-Debtor Taxpayer ID #: | | Account Title: | Financially Fit Holding Corp |
| For Period Beginning: | 7/27/2018 | Blanket bond (per case limit): | $48,104,231.00 |
| For Period Ending: | 9/21/2020 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 12/14/2018 | (1) | Financially Fit Holdings | Net Proceeds from Sale of Building in Chapter 11 | 1290-000 | $1,036,235.43 | | $1,036,235.43 |
| 01/22/2019 | 1001 | Joshua Irvine | Expenses During Chapter 11 | 6220-170 | | $104.80 | $1,036,130.63 |
| 01/22/2019 | 1002 | Joshua Irvine | Attorney Fees in Chapter 11 | 6210-000 | | $10,340.50 | $1,025,790.13 |
| 01/23/2019 | (2) | Financially Fit Holding | Deposit Refund | 1229-000 | $1,674.76 | | $1,027,464.89 |
| 03/14/2019 | 1003 | UTAH STATE TAX COMMISSION | TC-20 Tax Liability | 2820-000 | | $100.00 | $1,027,364.89 |
| 04/03/2019 | 1004 | United States Trustee | Quarterly Fees | 2950-000 | | $26,073.11 | $1,001,291.78 |
| 07/03/2019 | 1005 | Utah State Tax Commission | Corporate Return | 2820-000 | | $100.00 | $1,001,191.78 |
| 07/23/2019 | 1006 | UTAH STATE TAX COMMISSION | Corporate Tax | 2820-000 | | $100.00 | $1,001,091.78 |
| 08/01/2019 | 1007 | BARBARA M. SMITH | Accountant for Trustee Fees | 3410-000 | | $2,542.50 | $998,549.28 |
| 12/23/2019 | 1008 | INTERNATIONAL SURETIES | Bond Payment | 2300-000 | | $458.06 | $998,091.22 |
| 05/20/2020 | 1009 | Philip G. Jones | Trustee Compensation | 2100-000 | | $54,387.31 | $943,703.91 |
| 05/20/2020 | 1010 | Philip G. Jones | Trustee Expenses | 2200-000 | | $151.95 | $943,551.96 |
| 05/20/2020 | 1011 | Red2Black Accounting & Tax, LLC | First and Final Dividend:  Claim #: 2; Distribution Dividend: 100.00; Account Number: ; | 7100-000 | | $790.00 | $942,761.96 |
| 05/20/2020 | 1012 | Red2Black Accounting & Tax, LLC | First and Final Dividend:  Claim #: 2; Distribution Dividend: 100.00; Account Number: ; | 7990-000 | | $31.14 | $942,730.82 |
| 05/20/2020 | 1013 | Bruce Johnson | First and Final Dividend:  Claim #: 3; Distribution Dividend: 19.49; Account Number: ; | 8200-052 | | $19,685.04 | $923,045.78 |
| 05/20/2020 | 1014 | Piega L Delaney | First and Final Dividend:  Claim #: 4; Distribution Dividend: 19.49; Account Number: ; | 8200-052 | | $19,295.24 | $903,750.54 |
| 05/20/2020 | 1015 | John Neubauer | First and Final Dividend:  Claim #: 5; Distribution Dividend: 100.00; Account Number: ; | 7100-000 | | $3,717.00 | $900,033.54 |
| 05/20/2020 | 1016 | John Neubauer | First and Final Dividend:  Claim #: 5; Distribution Dividend: 100.00; Account Number: ; | 7990-000 | | $146.50 | $899,887.04 |
| 05/20/2020 | 1017 | John Blakely | First and Final Dividend:  Claim #: 6; Distribution Dividend: 19.49; Account Number: ; | 8200-052 | | $19,490.14 | $880,396.90 |
| 05/20/2020 | 1018 | John Blakely | First and Final Dividend:  Claim #: 6; Distribution Dividend: 100.00; Account Number: ; | 7100-000 | | $90,000.00 | $790,396.90 |

SUBTOTALS  $1,037,910.19  $247,513.29

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 18-25493-RKM | | Trustee Name: | Philip G. Jones |
|---|---|---|---|---|
| Case Name: | FINANCIALLY FIT HOLDING CORP | | Bank Name: | Independent Bank |
| Primary Taxpayer ID #: | **-***8057 | | Checking Acct #: | ******5493 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | Financially Fit Holding Corp |
| For Period Beginning: | 7/27/2018 | | Blanket bond (per case limit): | $48,104,231.00 |
| For Period Ending: | 9/21/2020 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 05/20/2020 | 1019 | John Blakely | First and Final Dividend: Claim #: 6; Distribution Dividend: 100.00; Account Number: ; | 7990-000 | | $3,547.13 | $786,849.77 |
| 05/20/2020 | 1020 | Craig Peter Ladow | First and Final Dividend: Claim #: 7; Distribution Dividend: 19.49; Account Number: ; | 8200-052 | | $38,980.27 | $747,869.50 |
| 05/20/2020 | 1021 | HOA Duong | First and Final Dividend: Claim #: 8; Distribution Dividend: 19.49; Account Number: ; | 8200-052 | | $38,980.26 | $708,889.24 |
| 05/20/2020 | 1022 | Michael F. Thomson | First and Final Dividend: Claim #: 9; Distribution Dividend: 100.00; Account Number: ; | 7100-000 | | $250,000.00 | $458,889.24 |
| 05/20/2020 | 1023 | The Falls Event Center, LLC | First and Final Dividend: Claim #: 9; Distribution Dividend: 100.00; Account Number: ; | 7990-000 | | $9,853.15 | $449,036.09 |
| 05/20/2020 | 1024 | Steven Down | First and Final Dividend: Claim #: 11; Distribution Dividend: 100.00; Account Number: ; | 7100-000 | | $30,000.00 | $419,036.09 |
| 05/20/2020 | 1025 | Steven Down | First and Final Dividend: Claim #: 11; Distribution Dividend: 100.00; Account Number: ; | 7990-000 | | $1,182.38 | $417,853.71 |
| 05/20/2020 | 1026 | Jeanne Hansen Bayless | First and Final Dividend: Claim #: 12; Distribution Dividend: 19.49; Account Number: ; | 8200-052 | | $38,980.26 | $378,873.45 |
| 05/20/2020 | 1027 | United States Trustee | First and Final Dividend: Claim #: 13; Distribution Dividend: 100.00; Account Number: ; | 2950-000 | | $629.89 | $378,243.56 |
| 05/20/2020 | 1028 | David Jeffrey Maier | First and Final Dividend: Claim #: 15; Distribution Dividend: 19.49; Account Number: ; | 8200-052 | | $38,980.26 | $339,263.30 |
| 05/20/2020 | 1029 | Young, Julie | First and Final Dividend: Claim #: 16; Distribution Dividend: 19.49; Account Number: ; | 8200-052 | | $38,980.26 | $300,283.04 |
| 05/20/2020 | 1030 | Prescott Muir Architects | First and Final Dividend: Claim #: 17; Distribution Dividend: 100.00; Account Number: ; | 7100-000 | | $18,881.00 | $281,402.04 |
| 05/20/2020 | 1031 | Prescott Muir Architects | First and Final Dividend: Claim #: 17; Distribution Dividend: 100.00; Account Number: ; | 7990-000 | | $744.15 | $280,657.89 |
| 05/20/2020 | 1032 | Turner, Beau | First and Final Dividend: Claim #: 18; Distribution Dividend: 19.49; Account Number: ; | 8200-052 | | $19,490.13 | $261,167.76 |
| 05/20/2020 | 1033 | Edward D Wagner | First and Final Dividend: Claim #: 20; Distribution Dividend: 19.49; Account Number: ; | 8200-052 | | $38,980.26 | $222,187.50 |

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　**SUBTOTALS**　　　$0.00　　　$568,209.40

# FORM 2
### CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No.: | 18-25493-RKM | Trustee Name: | Philip G. Jones |
|---|---|---|---|
| Case Name: | FINANCIALLY FIT HOLDING CORP | Bank Name: | Independent Bank |
| Primary Taxpayer ID #: | **-***8057 | Checking Acct #: | ******5493 |
| Co-Debtor Taxpayer ID #: |  | Account Title: | Financially Fit Holding Corp |
| For Period Beginning: | 7/27/2018 | Blanket bond (per case limit): | $48,104,231.00 |
| For Period Ending: | 9/21/2020 | Separate bond (if applicable): |  |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 05/20/2020 | 1034 | Vuong, Van | First and Final Dividend:  Claim #: 21; Distribution Dividend: 19.49; Account Number: ; | 8200-052 |  | $97,450.66 | $124,736.84 |
| 05/20/2020 | 1035 | John Chan and Raymond Chan | First and Final Dividend:  Claim #: 22; Distribution Dividend: 19.49; Account Number: ; | 8200-052 |  | $38,980.26 | $85,756.58 |
| 05/20/2020 | 1036 | Nuttall, Kent | First and Final Dividend:  Claim #: 23; Distribution Dividend: 19.49; Account Number: ; | 8200-052 |  | $38,980.26 | $46,776.32 |
| 05/20/2020 | 1037 | Karen Diane Biggerstaff | First and Final Dividend:  Claim #: 24; Distribution Dividend: 19.49; Account Number: ; | 8200-052 |  | $19,490.13 | $27,286.19 |
| 05/20/2020 | 1038 | Stang, Michelle | First and Final Dividend:  Claim #: 25; Distribution Dividend: 19.49; Account Number: ; | 8200-052 |  | $9,745.07 | $17,541.12 |
| 05/20/2020 | 1039 | Matin, Gulalai | First and Final Dividend:  Claim #: 26; Distribution Dividend: 19.49; Account Number: ; | 8200-052 |  | $1,949.01 | $15,592.11 |
| 05/20/2020 | 1040 | Jason Pimentel | First and Final Dividend:  Claim #: 27; Distribution Dividend: 19.49; Account Number: ; | 8200-052 |  | $5,847.04 | $9,745.07 |
| 05/20/2020 | 1041 | Jeffrey T. Jones | First and Final Dividend:  Claim #: 28; Distribution Dividend: 19.49; Account Number: ; | 8200-052 |  | $9,745.07 | $0.00 |
| 06/08/2020 | 1035 | STOP PAYMENT: John Chan and Raymond Chan | First and Final Dividend:  Claim #: 22; Distribution Dividend: 19.49; Account Number: ; | 8200-054 |  | ($38,980.26) | $38,980.26 |
| 06/11/2020 | 1020 | STOP PAYMENT: Craig Peter Ladow | First and Final Dividend:  Claim #: 7; Distribution Dividend: 19.49; Account Number: ; | 8200-054 |  | ($38,980.27) | $77,960.53 |
| 06/12/2020 | 1042 | John Chan and Raymond Chan | Reissued Check | 8200-052 |  | $38,980.26 | $38,980.27 |
| 06/18/2020 | 1043 | Craig Peter Ladow | Reissued Check | 8200-052 |  | $38,980.27 | $0.00 |

|  |  |  |  | SUBTOTALS | $0.00 | $222,187.50 |  |

**FORM 2**
Page No: 4    Exhibit 9

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 18-25493-RKM | Trustee Name: | Philip G. Jones |
|---|---|---|---|
| Case Name: | FINANCIALLY FIT HOLDING CORP | Bank Name: | Independent Bank |
| Primary Taxpayer ID #: | **-***8057 | Checking Acct #: | ******5493 |
| Co-Debtor Taxpayer ID #: | | Account Title: | Financially Fit Holding Corp |
| For Period Beginning: | 7/27/2018 | Blanket bond (per case limit): | $48,104,231.00 |
| For Period Ending: | 9/21/2020 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| | | | TOTALS: | | $1,037,910.19 | $1,037,910.19 | $0.00 |
| | | | Less: Bank transfers/CDs | | $0.00 | $0.00 | |
| | | | Subtotal | | $1,037,910.19 | $1,037,910.19 | |
| | | | Less: Payments to debtors | | $0.00 | $534,029.62 | |
| | | | Net | | $1,037,910.19 | $503,880.57 | |

**For the period of 7/27/2018 to 9/21/2020**

| | |
|---|---|
| Total Compensable Receipts: | $1,037,910.19 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $1,037,910.19 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $425,920.04 |
| Total Non-Compensable Disbursements: | $611,990.15 |
| Total Comp/Non Comp Disbursements: | $1,037,910.19 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the account between 12/12/2018 to 9/21/2020**

| | |
|---|---|
| Total Compensable Receipts: | $1,037,910.19 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $1,037,910.19 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $425,920.04 |
| Total Non-Compensable Disbursements: | $611,990.15 |
| Total Comp/Non Comp Disbursements: | $1,037,910.19 |
| Total Internal/Transfer Disbursements: | $0.00 |

**FORM 2**

Page No: 5  Exhibit 9

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | | |
|---|---|---|---|
| **Case No.** | 18-25493-RKM | **Trustee Name:** | Philip G. Jones |
| **Case Name:** | FINANCIALLY FIT HOLDING CORP | **Bank Name:** | Independent Bank |
| **Primary Taxpayer ID #:** | **-***8057 | **Checking Acct #:** | ******5493 |
| **Co-Debtor Taxpayer ID #:** | | **Account Title:** | Financially Fit Holding Corp |
| **For Period Beginning:** | 7/27/2018 | **Blanket bond (per case limit):** | $48,104,231.00 |
| **For Period Ending:** | 9/21/2020 | **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | $1,037,910.19 | $1,037,910.19 | $0.00 |

**For the period of 7/27/2018 to 9/21/2020**

| | |
|---|---|
| Total Compensable Receipts: | $1,037,910.19 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $1,037,910.19 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $425,920.04 |
| Total Non-Compensable Disbursements: | $611,990.15 |
| Total Comp/Non Comp Disbursements: | $1,037,910.19 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the case between 12/11/2018 to 9/21/2020**

| | |
|---|---|
| Total Compensable Receipts: | $1,037,910.19 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $1,037,910.19 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $425,920.04 |
| Total Non-Compensable Disbursements: | $611,990.15 |
| Total Comp/Non Comp Disbursements: | $1,037,910.19 |
| Total Internal/Transfer Disbursements: | $0.00 |

/s/ PHILIP G. JONES

PHILIP G. JONES